EXHIBIT A

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

| | | | | |
|---|---|---|---|---|
| Case No: | 22-50448   LMJ   Judge: LENA M. JAMES | Trustee Name: | EVERETT B. SASLOW, JR. | |
| Case Name: | ENOVA TEXTILES, LLC | Date Filed (f) or Converted (c): | 08/08/22 (f) | |
| | | 341(a) Meeting Date: | 09/16/22 | |
| For Period Ending: | 04/10/24 | Claims Bar Date: | 06/13/24 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Adm (FA)/ Gross Value of Remain Assets | Lien Amount | Exempt Amount |
| 1. Royalties Due from Zenith<br>Subject to potential lien; subject to claims to ownership by 3 others.<br>See Rule 9019 motion filed 3/28/24, Doc 60. | 0.00 | 0.00 | | 124,103.24 | 0.00 | 300,000.00 | 0.00 |
| 2. Allegacy Federal Credit Union<br>Checking Account 0827; funds not available to Trustee | 48.00 | 0.00 | DA | 0.00 | FA | 48.00 | 0.00 |
| 3. Israel Discount Bank<br>zero account balance | 0.00 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 4. Valley National Bank<br>zero account balance | 0.00 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 5. M & T Bank<br>zero account balance | 0.00 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 6. Account Receivable | 500,000.00 | Unknown | | 0.00 | Unknown | 500,000.00 | 0.00 |
| 7. Patents, copyrights, trademarks, and trade secrets<br>Trademark name of Enova Pure Green Textiles Serial # 88927033 | 1,000.00 | Unknown | | 0.00 | Unknown | 1,000.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $501,048.00 | $0.00 | | $124,103.24 | $0.00 | $801,048.00 | $0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

7th Interim Quarterly Report
The Trustee intends to present to the Court the filed Rule 9019 motion to compromise claims by Apex
Funding that it holds a first lien security interest in royalties payable by Zenith and claims by
the Lightmans and by Paradigm One LLC that they own parts of the intellectual property.

6th  Interim Quarterly Report
The Trustee intends to evaluate claims by Apex Funding that it holds a first lien security interest
in royalties payable by Zenith.

5th Interim Quarterly Report
The Trustee intends to evaluate claims by Mr. and Mrs. Elliott Lightman and by Paradigm One LLC to
royalties payable by Zenith.

**EXHIBIT A**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| | |
|---|---|
| Case No: 22-50448    LMJ    Judge: LENA M. JAMES | Trustee Name: EVERETT B. SASLOW, JR. |
| Case Name: ENOVA TEXTILES, LLC | Date Filed (f) or Converted (c): 08/08/22 (f) |
| | 341(a) Meeting Date: 09/16/22 |
| | Claims Bar Date: 06/13/24 |

4th Interim Quarterly Report
The Trustee intends to respond to claims by Mr. and Mrs. Elliott Lightman and by Paradigm One LLC to royalties payable by Zenith.

3rd Interim Quarterly Report
The Trustee intends to respond to claims by Mr. and Mrs. Elliott Lightman and by Paradigm One LLC to royalties payable by Zenith.

2nd Interim Quarterly Report
The Trustee seeks to receive additional documents requested from the debtor.

1st Interim Quarterly Report
There was no bank account balance as of September 30, 2022, but an account was opened in early October.
The Trustee seeks to receive additional documents requested from the debtor.

Initial Projected Date of Final Report (TFR): 12/31/23     Current Projected Date of Final Report (TFR): 12/31/24

/s/     EVERETT B. SASLOW, JR.
_____ Date: 04/10/24
EVERETT B. SASLOW, JR.
HILL EVANS JORDAN & BEATTY, PLLC
POST OFFICE BOX 989
GREENSBORO, NC  27402
Phone: (336) 379-1390
Email: saslow@hillevans.com
Bar Number: 7301

**EXHIBIT B**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 22-50448 -LMJ | Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|---|---|
| Case Name: | ENOVA TEXTILES, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******5626 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7812 | | |
| For Period Ending: | 04/10/24 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  10/11/22 | 1 | Zenith Home Corp. 400 Lukens Drive New Castle, DE 19720 | Royalty JU per Invoice Date 9/29/22 | 1123-000 | 2,033.12 | | 2,033.12 |
| C  11/17/22 | 1 | Zenith Home Corp. 400 Lukens Drive New Castle, DE 19720 | Royalty AU Per Invoice Date 103122 | 1123-000 | 1,035.11 | | 3,068.23 |
| C  02/22/23 | 1 | Zenith Home Corp. 400 Lukens Drive New Castle, DE 19720 | Royalty DE per invoice date 011323 | 1123-000 | 4,014.78 | | 7,083.01 |
| C  02/22/23 | 1 | Zenith Home Corp. 400 Lukens Drive New Castle, DE 19720 | Royalty Oc & No 11/30/22 | 1123-000 | 30,138.22 | | 37,221.23 |
| C  03/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 10.36 | 37,210.87 |
| C  04/03/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 41.08 | 37,169.79 |
| C  04/06/23 | 002001 | International Sureties, Ltd. 701 Poydras St., Suite 420 New Orleans, LA 70139 | Prorated Premuim Chapter 7 Blanket Bond # 016036434 | 2300-000 | | 30.03 | 37,139.76 |
| C  04/19/23 | 1 | Zenith Home Corp. 400 Lukens Drive New Castle, DE 19720 | Royalties Due from Zenith | 1123-000 | 20,881.15 | | 58,020.91 |
| C  05/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 47.88 | 57,973.03 |
| C  05/08/23 | 1 | Zennith Home Corp. 400 Lukens Drive New Castle, DE 19720 | Royalty March 23 | 1123-000 | 1,342.82 | | 59,315.85 |
| C  06/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 65.01 | 59,250.84 |
| C  06/06/23 | 1 | Zenith Home Corp. 400 Lukens Drive New Castle, Delaware 19720 | April 2023 Invoice Date | 1123-000 | 1,157.25 | | 60,408.09 |
| C  07/03/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 64.30 | 60,343.79 |
| C  07/13/23 | 1 | Hill Evans Jordan & Beatty, PLLC Everett B. Saslow, Jr., Trustee P.O. Box 989 Greensboro, NC 27402 | Royalties Due from Zenith Royalty May 23  BW, invoice # 053023 | 1123-000 | 4,473.83 | | 64,817.62 |

PFORM2T4

Ver: 22.07h

EXHIBIT B
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 22-50448 -LMJ | | Trustee Name: | EVERETT B. SASLOW, JR. |
| --- | --- | --- | --- | --- |
| Case Name: | ENOVA TEXTILES, LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******5626 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7812 | | | |
| For Period Ending: | 04/10/24 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 08/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 69.50 | 64,748.12 |
| C 08/08/23 | 1 | Zenith Home Corp. 400 Lukens Drive New Castle, DE 19720 | Royalties Due from Zenith | 1123-000 | 145.05 | | 64,893.17 |
| C 09/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 71.61 | 64,821.56 |
| C 09/20/23 | 1 | Zenith Home Corp. 400 Lukens Drive New Castle, DE 19720 | Royalty July 23, invoice date 83123 | 1123-000 | 8,754.20 | | 73,575.76 |
| C 10/02/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 72.38 | 73,503.38 |
| C 10/11/23 | 1 | Zenith Home Corp. 400 Lukens Drive New Castle, DE 19720 | Royalty Aug 23 RO, invoice 092223 | 1123-000 | 6,394.52 | | 79,897.90 |
| C 11/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 85.71 | 79,812.19 |
| C 11/17/23 | 1 | Zenith Home Corp. 400 Lukens Drive New Castle, DE 19720 | Royalty Sep Per Invoice Date 103123 | 1123-000 | 10,227.23 | | 90,039.42 |
| C 12/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 89.29 | 89,950.13 |
| C 01/02/24 | 1 | Zenith Home Corp. 400 Lukens Drive New Castle, DE 19720 | Royalty Oct 23, invoice date 103023 | 1123-000 | 11,126.72 | | 101,076.85 |
| C 01/02/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 99.31 | 100,977.54 |
| C 01/26/24 | 1 | Zenith Home Corp. 400 Lukens Drive New Castle, DE 19720 | Royalty Nov 23, invoice date 113023 | 1123-000 | 7,664.85 | | 108,642.39 |
| C 02/01/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 111.52 | 108,530.87 |
| C 02/13/24 | 1 | Zenith Home Corp. 400 Lukens Drive New Castle, DE 19720 | Royalty Dec 23, invoice date 013024 | 1123-000 | 8,730.71 | | 117,261.58 |
| C 03/01/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 117.07 | 117,144.51 |
| C 03/26/24 | 1 | Zenith Home Corp. 400 Lukens Drive New Castle, DE 19720 | Royalty Jan 24, invoice date 022924 | 1123-000 | 1,896.81 | | 119,041.32 |

PFORM2T4

Ver: 22.07h

EXHIBIT B
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 22-50448 -LMJ | Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|---|---|
| Case Name: | ENOVA TEXTILES, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******5626 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7812 | | |
| For Period Ending: | 04/10/24 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 04/01/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 129.68 | 118,911.64 |
| 04/08/24 | 1 | Zenith Home Corp.<br>400 Lukens Drive<br>New Castle, DE 19720 | Royalty Feb 24, invoice date 032524 | 1123-000 | 4,086.87 | | 122,998.51 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account | Balance Forward | | 0.00 | | | |
|---|---|---|---|---|---|---|
| *******5626 | 17 Deposits | | 124,103.24 | 1 Checks | | 30.03 |
| | 0 Interest Postings | | 0.00 | 14 Adjustments Out | | 1,074.70 |
| | | | | 0 Transfers Out | | 0.00 |
| | Subtotal | $ | 124,103.24 | | | |
| | 0 Adjustments In | | 0.00 | Total | $ | 1,104.73 |
| | 0 Transfers In | | 0.00 | | | |
| | Total | $ | 124,103.24 | | | |

/s/   EVERETT B. SASLOW, JR.
Trustee's Signature: _____ Date: 04/10/24
EVERETT B. SASLOW, JR.
HILL EVANS JORDAN & BEATTY, PLLC
POST OFFICE BOX 989
GREENSBORO, NC  27402
Phone: (336) 379-1390
Email: saslow@hillevans.com
Bar Number: 7301

PFORM2T4

Ver: 22.07h